**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 29, 2021

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Basir Rodwell*, 18 Cr. 666 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to request, with the defendant's consent, that the Court adjourn the VOSR conference scheduled for May 11, 2021, at 11 a.m., until July 2021. The Probation Office has advised the Government that Mr. Rodwell has been in a Residential Re-Entry Center (RRC) 90-day program since March 31, 2021. In addition, the Probation Office has advised that Mr. Rodwell's next state court appearance is scheduled for June 29, 2021. Accordingly, the parties believe that an adjournment of the conference until July 2021 is appropriate.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by:   /s/ Olga I. Zverovich
    Olga I. Zverovich
    Assistant United States Attorney
    (212) 637-2514

CC: Michael Burke, Esq.

*Granted. The Court will hold a tele conference on July 15, 2021 at 11:30 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/30/2021