**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 28, 2021

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Basir Rodwell*, 18 Cr. 666 (KMK)

Dear Judge Karas:

As the Court is aware, defendant Basir Rodwell has been in a Residential Re-Entry Center (RRC) 90-day program since late March 2021. The U.S. Probation Office has been advised that Mr. Rodwell's last day in the RRC is today, June 28, 2021. The Government respectfully submits this letter on behalf of the Probation Office and the parties to request that the Court order Mr. Rodwell to remain in the RRC for an additional 90 days. The Probation Office has advised that Mr. Rodwell has been doing well in the RRC and continues to be employed. The Probation Office has further advised that, since being in the RRC, Mr. Rodwell has lost his previous housing and therefore faces a risk of being homeless if released from the RRC at this time. Mr. Rodwell, through counsel, consents to the request that his stay in the RRC be extended for an additional 90 days.

Granted.
So Ordered.

*[signature]*
6/28/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/ Olga Zverovich
Olga I. Zverovich
Assistant United States Attorney
Tel: (212) 637-2514

cc: Counsel of record (by ECF)